UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ADAN LOPEZ | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | 5:16-cv-00062 |
| | § | Civil Action Number |
| STATE AUTOMOBILE MUTUAL | § | |
| INSURANCE COMPANY | § | Jury |
|     Defendant. | § | |
| | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Adan Lopez, Plaintiff in the above-entitled and numbered cause, and states to the Court that the Parties have come to a resolution and Plaintiff moves this Court to dismiss this cause against Defendant, State Automobile Mutual Insurance Company, with prejudice at the cost of the party incurring the same.

    Respectfully submitted,

Rodolfo Canche, Jr.
State Bar No. 24040635
Law Office of Rodolfo Canche, Jr.
320 Lindberg Avenue
McAllen, Texas 78501
Telephone: (956) 377-0187
Email: rudycanche@canchelaw.com
ATTORNEY FOR PLAINTIFF,
ADAN LOPEZ

>  /s/ Alicia Murphy
> Sterling Elza
> Attorney-In-Charge
> State Bar No. 24026823
> Southern District of Texas Bar No. 1043963
> Alicia Murphy
> State Bar No. 24095005
> Southern District of Texas Bar No. 2717568
> Brown Dean Wiseman Proctor Hart & Howell, LLP
> 306 West 7th Street, Suite 200
> Fort Worth, Texas  76102-4905
> Telephone: (817) 332-1391
> Facsimile:  (817) 870-2427
> Email: selza@browndean.com
> amurphy@browndean.com
> ATTORNEY FOR DEFENDANT,
> STATE AUTOMOBILE MUTUAL INSURANCE COMPANY

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing was served upon all parties on this 12th day of July, 2016.

> /s/ Alicia Murphy
> Alicia Murphy