Case 5:16-cv-00062   Document 10   Filed in TXSD on 07/13/16   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 14, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ADAN LOPEZ<br>    Plaintiff, | § § § | |
| vs. | § § | 5:16-cv-00062<br>Civil Action Number |
| STATE AUTOMOBILE MUTUAL<br>INSURANCE COMPANY<br>    Defendant. | § § § § § | Jury |

## ORDER FOR DISMISSAL WITH PREJUDICE

ON this the 13th day of July, 2016, came to be heard the above and foregoing Agreed Motion of Dismissal with Prejudice, and the Court having considered said Motion, and being of the opinion that the same should be granted;  It is accordingly,

ORDERED, ADJUDGED and DECREED by the Court that Plaintiff, Adan Lopez's, claims and causes of action against Defendant, State Automobile Mutual Insurance Company, are hereby dismissed, with prejudice and at the cost of party incurring same.

SIGNED this 13th day of July, 2016.

_____
JUDGE

**Diana Saldaña**

**APPROVED:**

Respectfully submitted,

LAW OFFICE OF RODOLFO CANCHE, JR.

_____
Rodolfo Canche, Jr.
State Bar No. 24040635
320 Lindberg Avenue
McAllen, Texas 78501
Telephone: (956) 377-0187
Email: rudycanche@canchelaw.com

ATTORNEY FOR PLAINTIFF, ADAN LOPEZ

BROWN DEAN WISEMAN PROCTOR HART & HOWELL, LLP

/s/ Alicia Murphy_____
Sterling Elza
Attorney-In-Charge
State Bar No. 24026823
Southern District of Texas Bar No. 1043963
Alicia Murphy
State Bar No. 24095005
Southern District of Texas Bar No. 2717568
306 West 7th Street, Suite 200
Fort Worth, Texas  76102-4905
Telephone: (817) 332-1391
Facsimile:  (817) 870-2427
Email: selza@browndean.com
        amurphy@browndean.com

ATTORNEY FOR DEFENDANT, STATE AUTOMOBILE MUTUAL INSURANCE COMPANY